THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Mildred Gail Diamond, Appellant.
 
 
 
 
 

Appeal from Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-029
 Submitted January 4, 2010  Filed January
25, 2010  

APPEAL DISMISSED

 
 
 
 Appellant Defender Robert M. Pachak, South
 Carolina Commission on Indigent Defense, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren B. Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Mildred Gail Diamond appeals her conviction
 for trafficking in crack cocaine, arguing that the trial court provided an
 erroneous jury instruction on reasonable doubt.  After thoroughly reviewing the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Diamond's appeal and grant counsel's petition to be relieved.[1]  
APPEAL
 DISMISSED. 
HUFF, A.C.J.,
 GEATHERS, J. and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.